DATE: July 7, 2026

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Martin Monroe*
   v. *Commonwealth of Virginia*
   Record No. 0937-24-2
   Opinion rendered by Judge Athey on
   April 28, 2026

2. *Blake Darvin Hughes, a/k/a*
   *Blake Darin Hughes*
   v. *Commonwealth of Virginia*
   Record No. 1617-24-1
   Opinion rendered by Judge Athey on
   May 12, 2026

3. *Steven McCalla*
   v. *Commonwealth of Virginia*
   Record No. 1630-24-4
   Opinion rendered by Judge Lorish on
   May 12, 2026

4. *Daquan Hinton*
   v. *Commonwealth of Virginia*
   Record No. 0077-25-4
   Opinion rendered by Judge Beales on
   May 12, 2026

5. *Precision & Performance Auto Care, LLC, et al.*
   v. *James River Petroleum, Inc.*
   Record No. 0846-25-2
   Opinion rendered by Chief Judge Decker on
   May 12, 2026

6. *Carrie Susanne Davis, s/k/a*
   *Carrie Ann Davis*
   v. *Commonwealth of Virginia*
   Record No. 0434-25-3
   Opinion rendered by Judge Callins on
   May 26, 2026

7. *New Hope Wellness, LLC*
   v. *Sentara Health Plans*
   Record No. 0792-25-2
   Opinion rendered by Judge Ortiz on
   May 26, 2026

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Rasheem Watts*
    v. *Commonwealth of Virginia*
    Record No. 1132-22-1
    En banc opinion rendered by Judge Chaney
       on November 6, 2024
    Judgment of Court of Appeals reversed and final judgment entered
       by order entered on June 3, 2026
       (241105)

2. *Bhagavan Kevin Antle*
    v. *Commonwealth of Virginia*
    Record No. 1906-23-4
    Opinion rendered by Judge Beales
       on February 4, 2025
    Judgment of Court of Appeals affirmed in part, reversed in part,
       and final judgment entered
       by opinion rendered on June 4, 2026
       (250174)

3. *Brian Fayne, s/k/a Brian Latrell Fayne*
    v. *Commonwealth of Virginia*
    Record No. 1675-23-1
    Opinion rendered by Judge Raphael
       on March 4, 2025
    Judgment of Court of Appeals reversed and final judgment entered
       by opinion rendered on April 23, 2026
       (250359)

4. *Atlantic Korean American Presbytery*
    v. *Shalom Presbyterian Church of Washington, Inc., et al.*
    Record No. 1930-23-4
    Opinion rendered by Judge Athey
       on March 11, 2025
    Judgment of Court of Appeals reversed and remanded
       by opinion rendered on June 4, 2026
       (250303)

5. *Reston Anesthesia Associates, P.C., et al.*
    v. *Elizabeth S. Bandy*
    Record No. 1792-23-4
    Opinion rendered by Judge Friedman
       on October 7, 2025
    Refused (251089)

6. *Michael Foster*
   v. *Susan McNamara*
   Record No. 0996-24-2
   Opinion rendered by Senior Judge Clements
     on October 14, 2025
   Refused (251109)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. *Alsharrief Malik Mahoney*
   *v. Commonwealth of Virginia*
   Record No. 0454-24-3
   Memorandum opinion rendered by Senior Judge Petty on May 6, 2025
   Judgment of Court of Appeals reversed and final judgment entered
     on June 11, 2026
   (250487)